IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GRAY HOLDCO, INC.,                        )
                                          )   Electronically Filed
                    Plaintiffs,           )
                                          )
        v.                                )   Civil Action No.: 09-1519
                                          )
RANDY CASSADY and RWLS, LLC,              )
                                          )
                    Defendants.           )

RULE 41(a) STIPULATION OF
VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

Plaintiff, Gray Holdco, Inc., and Defendants, Randy Cassady and RWLS, LLC, by

their respective undersigned counsel, and pursuant to Fed.R.Civ.P. 41(a), hereby

stipulate to the voluntary dismissal with prejudice of this action in its entirety, with each

party to bear its own costs (including electronic and other discovery expenses) and

expenses (including attorneys' fees).

Dated: September 9, 2011                   Respectfully submitted,

Thomas H. May, Esquire                     Kevin P. Lucas, Esquire
Dickie, McCamey & Chilcote                 Pa. I.D. No. 25596
Two PPG Place, Suite 400                   klucas@mmlpc.com
Pittsburgh, PA 15222-5402                  Erin M. Lucas, Esquire
tmay@dmclaw.com                            Pa. I.D. No. 73852
                                           elucas@mmlpc.com
Gerard G. Pecht, Esquire                   Manion McDonough & Lucas, P.C.
Ryan P. Hartman, Esquire                   Firm I.D. No. 786
Fulbright & Jaworski, LLP                  600 Grant Street, Suite 1414
1301 McKinney                              Pittsburgh, PA 15219
Suite 5100                                 (412) 232-0200 T
Houston, Texas 77010                       (412) 232-0206 F
gpecht@fulbright.com

Attorneys for Plaintiff, Gray Holdco, Inc.   Counsel for Defendant, Randy Cassady

_Terrance R. Henne by KPZ_

Concetta A. Silvaggio, Esquire
Terrance R. Henne, Esquire
Willman & Silvaggio, LLP
5500 Corporate Drive
Pittsburgh, PA 15227
csilvaggio@willmanlaw.com
thenne@willmanlaw.com

Attorneys for Defendant, RWLS, LLC

APPROVED AND SO ORDERED:

Dated: _Sept 14, 2011_